## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES          Case No. 1:14-ml-2570
AND PRODUCTS LIABILITY LITIGATION           MDL No. 2570

_____

This Document Relates to Plaintiff(s)

Paul Killingsworth_____

Civil Case #: 1:18-cv-2351-RLY-TAB_____

## NOTICE OF VOLUNTARY DISMISSMAL WITH PREJUDICE

COMES NOW, Plaintiff, Paul Killingsworth, by and through the undersigned counsel, hereby

respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as

to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe APS in this

particular Civil Action No. 1:18-cv-2351-RLY-TAB filed on August 1, 2018.

Date: August 13, 2025.

                                        Respectfully submitted,

                                        **JOHNSON LAW GROUP**
                                        /s/ Basil Adham_____
                                        Basil Adham, (TX Bar No.24081742)
                                        2925 Richmond Ave, Suite 1700
                                        Houston, TX 77098
                                        Telephone: (713) 626-9336
                                        Facsimile: (713) 583-9460
                                        E-mail: ivc@johnsonlawgroup.com
                                        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of August 2025, I electronically transmitted the foregoing Notice of Voluntary Dismissal with Prejudice to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

/s/ Basil Adham