IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570 <br> MDL No. 2570 |

> ACKNOWLEDGED. Case is dismissed with prejudice.
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 8/20/2025

This Document Relates to Plaintiff(s)

Paul Killingsworth

Civil Case #: 1:18-cv-2351-RLY-TAB

### NOTICE OF VOLUNTARY DISMISSMAL WITH PREJUDICE

COMES NOW, Plaintiff, Paul Killingsworth, by and through the undersigned counsel, hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe APS in this particular Civil Action No. 1:18-cv-2351-RLY-TAB filed on August 1, 2018.

Date: August 13, 2025.

    Respectfully submitted,

    **JOHNSON LAW GROUP**
    /s/ Basil Adham
    Basil Adham, (TX Bar No.24081742)
    2925 Richmond Ave, Suite 1700
    Houston, TX 77098
    Telephone: (713) 626-9336
    Facsimile: (713) 583-9460
    E-mail: ivc@johnsonlawgroup.com
    ***Attorney for Plaintiff***